# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

---

**CASSANDRA LITTLE**,                      Civil File No. 2:12-cv-02332-JAR-DJW

    Plaintiff,

vs.                                                                    **NOTICE OF DISMISSAL**
                                                        **WITH PREJUDICE**

**GENPACT SERVICES, LLC**,

    Defendant.

---

**NOTICE IS HEREBY GIVEN** that, pursuant to Fed. R. Civ. P. 41(a)(1)(i), the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

                                                          Respectfully submitted,

Dated: <u>September 30, 2013</u>          By: <u>/s/ J. Mark Meinhardt</u>
                                                   J. Mark Meinhardt, # 20245
                                                   9400 Reeds Road, Suite 210
                                                   Overland Park, Kansas 66207
                                                   Telephone:     (913) 827-1950
                                                   Email:           meinhardtlaw@gmail.com
                                                   **ATTORNEY FOR PLAINTIFF**